DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD F. ROBBINS, | 3:15-cv-577-MMD-WGC |
| Plaintiff, | STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A), FED.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties to this action, through their respective counsel, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A), Fed.R.Civ.P., in accordance with the fully executed compromise settlement and release of claims, with each party to bear their own costs of litigation and attorneys' fees.

July 12, 2016

_____
ROBERT KILBY, ESQ.
Counsel for Plaintiff

_____
GREG ADDINGTON
Assistant United States Attorney

Dated: August 1, 2016

IT IS SO ORDERED.

_____
U.S. District Judge

1